FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 06 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00257 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| CHRISTOPHER RAY SIMPSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about April 21, 2021, the defendant,

CHRISTOPHER RAY SIMPSON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Robbery and theft of property, in Pulaski County, Arkansas, Circuit Court in Case Number 2006-1170;

2. Possession of a controlled substance (cocaine), in Pulaski County, Arkansas, Circuit Court in Case Number 2006-1180; and

3. Theft by receiving and terroristic threatening 1st degree, in Pulaski County, Arkansas, Circuit Court in Case Number 2004-3785.

B. On or about April 21, 2021, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER RAY SIMPSON,

knowingly possessed, in and affecting commerce, a firearm, that is: an FMK Firearms Inc., model 9C1 Gen 2, 9mm pistol, bearing serial number BT0276, in violation of Title 18, United States Code, Section 922(g)(1).

2

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, CHRISTOPHER RAY SIMPSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]