# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              NO. 4:21-CR-257-DPM

CHRISTOPHER RAY SIMPSON                                               DEFENDANT

## ORDER

On December 21, 2021, Defendant Christopher Ray Simpson was released on O/R bond with conditions that he submit to home detention and ankle monitoring. According to the Pretrial Services Office, Simpson provided an incorrect home address, and his reported phone number is disconnected. The Pretrial Services Office has no way to contact Simpson and his whereabouts remain unknown.

Accordingly, the Clerk is directed to issue a warrant for the arrest of Defendant, Christopher Ray Simpson, and forward to the United States Marshal. After Defendant's arrest, a bond revocation hearing will be scheduled so that Defendant may show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 21st day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE