# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

V.            NO. 4:21-CR-257-DPM

CHRISTOPHER RAY SIMPSON            DEFENDANT

## ORDER

    An Order was entered directing the Clerk of Court to issue an arrest warrant. *Doc. 26.* Based on information received after the filing of the Order, the Clerk is hereby notified that no issuance of a warrant is needed. Mr. Simpson will provide the United States Pretrial Services Office with an alternative release plan on December 22, 2021, for the Court's consideration.

    IT IS SO ORDERED this 21st day of December, 2021.

                                            *J. Thomas Ray*
                                   UNITED STATES MAGISTRATE JUDGE