# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                          NO. 4:21-CR-257-DPM

CHRISTOPHER RAY SIMPSON                               DEFENDANT

## ORDER

On December 21, 2021, a bond hearing was held and Defendant Christopher Ray Simpson was placed on pretrial release conditions. The Clerk of Court is directed to issue a warrant for the arrest of Defendant, Christopher Ray Simpson, and forward to the United States Marshal. After Defendant's arrest, a hearing will be scheduled concerning his conditions of bond.

IT IS SO ORDERED this 22nd day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE